CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00300-08-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| FERNANDO RAMIREZ, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, FERNANDO RAMIREZ JR., by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Jamie Leigh Mickelson, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on May 22, 2020 at 11:00 a.m. be vacated and continued for 60 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Defense counsel has been unable to prepare for sentencing with the client due to the Covid-19.

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a

1

continuance of the sentencing date by 60 days.

      6. This is the first request for continuance.

      DATED this 8th day of May, 2020.


/s/ Chris T. Rasmussen                                                                       */s/ Jamie L. Mickelson*
_____                     _____
CHRIS T. RASMUSSEN, ESQ.                               JAMIE L. MICKELSON
Attorney for Defendant                                                Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00300-08-JCM-EJY |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| FERNANDO RAMIREZ, JR., | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defense counsel has been unable to prepare for sentencing with the client due to the Covid-19.

3. Defendant is not in custody. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 60 days.

3

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>            Plaintiff,               )<br>                                                         )<br>       vs.                                       )<br>                                                         )<br>                                                         )<br>FERNANDO RAMIREZ, JR.,          )<br>                                                         )<br>            Defendant.              )<br>_____) | Case No.: 2:18-cr-00300-08-JCM-EJY<br><br>**ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for May 22, 2020, at the hour of 11:00 a.m., be vacated and continued to _____July 22_____, 2020, at the hour of __10:00__ a.m.

DATED May 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

4