NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265 / Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| v. | |
| FERNANDO RAMIREZ, JR., | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Simon F. Kung, Assistant United States Attorney, representing the United States of America, and Chris T. Rasmussen, Esq., representing Defendant Fernando Ramirez Jr., that the sentencing hearing in the above captioned case, which is currently scheduled for February 17, 2021 at 10:30 AM., be continued and reset to a date and time convenient to the Court, but no sooner than sixty (60) days.

    The Stipulation is being entered for the following reasons:

1.     Based on the public health emergency brought about by the COVID-2019 pandemic, and the required social-distancing measures as recognized in the Court's Temporary General Order 2020-05 Extended, the parties agree to continue the currently

scheduled sentencing hearing from February 17, 2021 at 10:30 AM., to a date and time convenient to the Court, but no sooner than thirty (60) days.

2. The previously assigned Assistant United States Attorney has left the office and this case was recently assigned to the undersigned Assistant United States Attorney. The additional time is necessary to allow new counsel for the Government sufficient time within which to be able to effectively prepare for the sentencing hearing.

3. This continuance allows counsel for the defendant additional time to prepare for the hearing.

4. This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency.

5. The defendant is out of custody and does not object to the continuance.

DATED this 8th day of February, 2021.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney<br>  /s/ *Simon F. Kung*  <br>SIMON F. KUNG<br>Assistant United States Attorney | CHRIS T. RASMUSSEN<br>RASMUSSEN LAW P.C.<br>  /s/   *Chris T. Rasmussen*  <br>CHRIS T. RASMUSSEN, ESQ.<br>Counsel for Defendant |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:19-cr-00300-JCM-EJY |
|---|---|
| Plaintiff, | **Findings and Order on Stipulation** |
| v. | |
| FERNANDO RAMIREZ, JR., | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-19 public health emergency, the sentencing hearing in this case should be continued.

2. The parties agree to this continuance.

3. The previously assigned Assistant United States Attorney has left the office and this case was recently assigned to the undersigned Assistant United States Attorney. The additional time is necessary to allow new counsel for the Government sufficient time within which to be able to effectively prepare for the sentencing hearing.

4. This continuance allows counsel for the defendant additional time to prepare for the hearing.

5. The defendant is out of custody and does not object to the continuance.

6. This continuance is not sought for purposes of delay.

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter currently scheduled for February 17, 2021 at 10:30 AM., be vacated and continued to a date and time convenient to this court, that is _____May 5_____, __2021_____, at the hour of 10:00 a.m.

DATED February 10, 2021.

_____
HONORABLE JAMES C. MAHAN
United States District Court Judge

4