FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 11 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| FERNANDO RAMIREZ, JR., | |
| Defendant. | |

This Court found that Fernando Ramirez, Jr., shall pay the in personam criminal forfeiture money judgment of $90,619.20 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 105; Plea Agreement, ECF No. 106; Preliminary Order of Forfeiture, ECF No. 107.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017), the government reduces the in personam criminal forfeiture money judgment amount to $14,000.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Fernando Ramirez, Jr., the in personam criminal forfeiture money judgment of $14,000, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $1,407,183.61 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
2   copies of this Order to all counsel of record and three certified copies to the United States
3   Attorney's Office, Attention Asset Forfeiture Unit.
4   DATED Aug. 11, 2021 _____, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE